EXHIBIT "B"

## RESOLUTION OF THE BOARD OF DIRECTORS
## OF EMPIRE POST MEDIA, INC.

### (*a Nevada Corporation*)

THE UNDERSIGNED, being the sole member of the Board of Directors of EMPIRE POST MEDIA, INC., a Nevada corporation (the "Corporation"), having consented to the waiver of notice for the holding of a meeting of the Board of Directors of the Corporation to approve the following resolutions by unanimous vote of the sole member of the Board of Directors of the Corporation, and direct that the same be filed within the records of the Corporation:

WHEREAS, the sole director of the Corporation held a meeting of the Board of Directors of the Corporation on Wednesday, February 10, 2021 at 3:30 pm.

**NOW, THEREFORE, BE IT RESOLVED**, the Board of Directors of the Corporation hereby authorizes, and appoints, Ted D. Campbell II, Secretary of the Corporation, to hire Byron Thomas, or other such qualified attorney, to file a Chapter 7 bankruptcy to dissolve the Corporation in Federal Court.

**BE IT FURTHER RESOLVED** that Ted D. Campbell II is authorized to contract with Byron Thomas, or any other qualified attorney, to do any Federal filings necessary and to represent Empire Post Media, Inc. federal bankruptcy.

**BE IT FURTHER RESOLVED** that the attorney hired by Ted D. Campbell II on behalf of the Corporation shall not be acting on behalf of any officer of director of the Corporation, nor shall any officer or director of the Corporation be required to pay any, or all, of the attorney's fees.

IN WITNESS WHEREOF, we have caused this instrument to be duly executed this 10th day of February 2021.

_____
William A. Sawyer
Sole member of the Board of Directors

_____
Tammy D. Billington
Secretary of the Meeting

## EMPM - Bankruptcy Filing

 Me <tedcampbell@zoho.com>
Thu, 18 Mar 2021 3:27:33 PM -0700

To "byronthomaslaw" <byronthomaslaw@gmail.com>

Tags

Byron,

As the secretary of Empire Post Media, Inc., a Nevada corporation, I hereby approve the filing of the federal bankruptcy.

This email shall have the same force and effect as corporate resolution.

Ted D. Campbell II
Secretary
Empire Post Media, Inc.

*/s/ Ted D. Campbell II*
3/18/21

Sent using Zoho Mail