JAMES W. KWON, ESQ.
Nevada Bar No. 8146
**JAMES KWON, LLC**
6280 Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146
T: (702) 515-1200
F: (702) 515-1201
jkwon@jwklawfirm.com
*Attorneys for Creditors/Shareholders,*
*Saean, Inc. and Jung Yong Lee*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EMPIRE POST MEDIA, INC.,<br><br>Debtor. | Case No.: 21-11506-abl<br>Chapter 7 |

**NOTICE OF ENTRY OF ORDER**

PLEASE TAKE NOTICE that an *Order [RE: Motion for Relief from the Automatic Stay to proceed with Litigation Against Debtor, DE 11]* (Doc. 36) was entered by this Court on June 9, 2021. A copy of said *Order* is attached hereto as Exhibit A.

Dated this <u>29th</u> day of June 2021.

JAMES KWON, LLC

*/s/ James W. Kwon, Esq.*
JAMES W. KWON, ESQ.
Nevada Bar No. 8146
6280 Spring Mountain Rd., Suite 100
Las Vegas, Nevada 89146
*Attorneys for Creditors/Shareholders, Saean,*
*inc. and Jung Yong Lee*

Page 1 of 2

## CERTIFICATE OF SERVICE

The undersigned, an employee of James Kwon, LLC, has served the foregoing *Notice of Entry of Order* by the following means to the persons, parties, and/or associated counsel as listed below:

a. ☒ **ECF System**

RYAN A. ANDERSEN
RYAN@NEVADATRUSTEE.COM; tatiana@nevadatrustee.com; ecf.alert+andersen@titlexi.com

JAMES W. KWON on behalf of Interested Party Saean, Inc.
jkwon@jwklawfirm.com; amin@jwklawfirm.com; cgorzalski@jwklawfirm.com; legalassistant@jwklawfirm.com

JAMES W. KWON on behalf of Interested Party Jung Yong Lee
jkwon@jwklawfirm.com; amin@jwklawfirm.com; cgorzalski@jwklawfirm.com; legalassistant@jwklawfirm.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

b. ☒ **By U.S. Mail First Class Postage Pre-Paid:**

BYRON E. THOMAS on behalf of Debtor EMPIRE POST MEDIA, INC.
LAW OFFICES OF BYRON THOMAS
3275 S. JONES BLVD.
LAS VEGAS, NV 89146

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of June 2021.

_____
An employee of JAMES KWON, LLC

# EXHIBIT A

# EXHIBIT A

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 09, 2021

JAMES W. KWON, ESQ.
Nevada Bar No. 8146
JAMES KWON, LLC
6280 Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146
T: (702) 515-1200
F: (702) 515-1201
jkwon@jwklawfirm.com
*Attorneys for Creditors/Shareholders, Saean, Inc.
and Jung Yong Lee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:                      | Case No.: 21-11506-abl       |
|-----------------------------|------------------------------|
|                             | Chapter 7                    |
| EMPIRE POST MEDIA, INC.,    |                              |
|                             | Hearing Date:  May 26, 2021  |
| Debtor.                     | Hearing Time:  10:30 a.m.    |

### ORDER
### [RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH LITIGATION AGAINST DEBTOR, DE 11]

On May 26, 2021, the Court held a hearing on the Motion for Relief from the Automatic Stay to Proceed with Litigation Against Debtor (ECF Nos. 11, 12, 15 and 18) (**"Motion"**), filed by Creditors/Shareholders, Saean, Inc. and Jung Yong Lee (**collectively, the "Movant"**). Appearances of counsel were noted on the record.

Page 1 of 3

The Court having considered the Motion, the opposition (ECF No. 28) filed by Empire Post Media, Inc. (**"Debtor"**); and for the reasons stated in the court's oral ruling, the findings of fact and conclusions of law of which are fully incorporated herein by reference pursuant to Rule 52 of the Federal Rules of Civil Procedure and Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ODERED** that the circumstances of this case warrant granting relief from the automatic stay for cause pursuant to 11 U.S.C. § 362(d)(1) for the limited purpose of allowing the Movant to proceed with the relief requested in the Motion.

**IT IS FURTHER ORDERED** that absent further order of this Court, and pursuant to 11 U.S.C. § 362(d)(1), the automatic stay shall remain in effect as to any and all efforts to enforce or collect any final order or judgment entered against Debtor in the State Court Action.

**IT IS FURTHER ORDERED** that the Movants are granted relief from the fourteen (14) day stay under the Federal Rules of Bankruptcy Procedure 4001(a)(3), such that this Order shall be effective immediately upon its entry.

*Respectfully submitted by:*
JAMES KWON, LLC

*/s/ James W. Kwon, Esq.*
JAMES W. KWON, ESQ.
Nevada Bar No. 8146
6280 Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146
*Attorneys for Creditors/Shareholders,*
*Saean, Inc. and Jung Yong Lee*

## LR 9021 CERTIFICATION

In accordance with LR 9021, Trustee submitting this document certifies that the order accurately reflects the court's ruling and that:

☐     The court has waived the requirement set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

X     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

LAW OFFICES OF BYRON THOMAS
APPROVE / DISAPPROVE

**FAILED TO RESPOND**

BYRON THOMAS
3275 S. Jones Blvd
Las Vegas, Nevada 89146
*Attorneys for Debtor*

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June 2021.

                JAMES KWON, LLC

                */s/ James W. Kwon, Esq.*
                JAMES W. KWON, ESQ.
                Nevada Bar No. 8146
                6280 Spring Mountain Road, Suite 100
                Las Vegas, Nevada 89146
                *Attorneys for Creditors/Shareholders,*
                *Saean, Inc. and Jung Yong Lee*

### #