_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 16, 2021

JAMES W. KWON, ESQ.
Nevada Bar No. 8146
JAMES KWON, LLC
6280 Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146
T: (702) 515-1200
F: (702) 515-1201
jkwon@jwklawfirm.com
*Attorneys for Creditors/Shareholders, Saean, Inc.
and Jung Yong Lee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EMPIRE POST MEDIA, INC.,<br><br>Debtor. | Case No.: 21-11506-abl<br>Chapter 7<br><br>Hearing Date:  July 27, 2021<br>Hearing Time:  3:00 PM |

## ORDER RE: MOTION TO DISMISS BANKRUPTCY CASE

On July 27, 2021, the Court held a hearing on the Creditors/Shareholders Saean, Inc. and Jung Yong Lee's Motion to Dismiss Bankruptcy Case for Cause [ECF No. 31, 32, 33, 47] **("Motion")**. James W. Kwon, Esq., of the law firm James Kwon, LLC, appeared on behalf of the Movants and Byron E. Thomas, Esq. appeared on behalf of the Debtor.

The Court having considered the Motion, and for the reasons stated in the court's oral ruling, the findings of fact and conclusions of law of which are fully incorporated herein by reference pursuant to Rule 52 of the Federal Rules of Civil Procedure and Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that this bankruptcy case shall be dismissed for cause.

**IT IS SO ORDERED**.

*Respectfully Submitted By:*
JAMES KWON, LLC

*/s/ James W. Kwon, Esq.*
JAMES W. KWON, ESQ.
Nevada Bar No. 8146
6280 Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146
*Attorneys for Creditors/Shareholders,*
*Saean, Inc. and Jung Yong Lee*

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, Trustee submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

> BYRON E. THOMAS, ESQ.                NO RESPONSE RECEIVED
> LAW OFFICES OF BYRON THOMAS
> 3275 S. Jones Blvd., Suite 104
> Las Vegas, NV 89146

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>11th</u> day of August 2021.

> JAMES KWON, LLC
>
> */s/ James W. Kwon, Esq.*
> JAMES W. KWON, ESQ.
> Nevada Bar No. 8146
> 6280 Spring Mountain Road, Suite 100
> Las Vegas, Nevada 89146
> *Attorneys for Creditors/Shareholders,*
> *Saean, Inc. and Jung Yong Lee*

# # # #