NVB 5009 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

EMPIRE POST MEDIA, INC.

BK−21−11506−abl
CHAPTER 7

                Debtor(s)

ORDER DISCHARGING
TRUSTEE AND CLOSING
OF DISMISSED CASE

The estate of the debtor(s) named below:

    EMPIRE POST MEDIA, INC.

having been Dismissed by Court Order,

**IT IS ORDERED** that:

    RYAN A. ANDERSEN

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 8/31/21

                                                  *Mary A Schott*

                                                  Mary A. Schott
                                                  Clerk of Court